# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randell E. Buck,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                  3:10cv540

John K. Greenlee, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/2011 Order.

                                                    Signed: September 30, 2011

*Frank G. Johns, Clerk*
*United States District Court*